

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00250-CV

_____

## IN RE DANIEL HARVEY DYCUS

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

The petition for a writ of habeas corpus is denied. TEX. R. APP. P. 52.8(d).

Dycus's request for emergency relief is denied as it is moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Denied
Opinion delivered and filed September 18, 2014
[OT06]

